IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DAMMUON EPPS (a man of the people) and TANYA GRIFFIN, ) ) ) Plaintiffs, ) ) v. ) ) RUSSELL COUNTY DEPARTMENT OF HUMAN RESOURCES, et al., ) ) ) ) Defendants. ) | CIVIL ACTION NO. 3:15cv25-MHT (WO) |

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that certain claims in the complaint be dismissed.  No objections have been filed.  Upon an independent and de novo review of the record, it is ORDERED as follows:

1.  The recommendation of the United States Magistrate Judge (doc. no. 13) is adopted.

2.  The plaintiffs' claims against Jane Doe #1 are dismissed without prejudice pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

3. All claims the plaintiffs purport to assert on behalf of their children, including claims of battery and emotional and educational neglect, are dismissed as frivolous pursuant to under § 1915(e)(2)(B)(i).

4. The plaintiffs' claim for deprivation of the pursuit of happiness is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

5. The plaintiffs' claim alleging forced servitude is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

6. The plaintiffs' claim for deprivation of a good name is dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

7. The plaintiffs' claim for deprivation of private property is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

8. This case is referred back to the magistrate judge for further proceedings.

DONE, this the 25th day of March, 2015.

                                              ___/s/ Myron H. Thompson_____
                                              UNITED STATES DISTRICT JUDGE