IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DAMMUON EPPS (a man of the    )
people) and TANYA GRIFFIN,    )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      3:15cv25-MHT
                              )         (WO)
RUSSELL COUNTY DEPARTMENT     )
OF HUMAN RESOURCES, et        )
al.,                          )
                              )
    Defendants.               )
```

## ORDER

Upon an independent and de novo review of the record, it is ORDERED that:

(1) The plaintiffs' objection (doc. no. 40) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 28) is adopted.

(3) The plaintiffs' motion for preliminary injunction (doc. no. 1) is denied.

(4) This cause is referred back to the magistrate judge for further proceedings.

DONE, this the 27th day of May, 2015.

                     /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE