IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| DAMMUON EPPS (a man of the people) and TANYA GRIFFIN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RUSSELL COUNTY DEPARTMENT )<br>OF HUMAN RESOURCES, et )<br>al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:15cv25-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiffs Dammuon Epps and Tanya Griffin filed this lawsuit asserting that their rights to freedom of religion, to raise their children in accordance with their religious beliefs, and to due process have been violated by the defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions for dismissal be granted and that plaintiffs' motions for declaratory judgment

and default judgment be denied.  Also before the court are plaintiffs' objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

    An appropriate judgment will be entered.

    DONE, this the 27th day of January, 2016.

                            /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**