IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
DAMMUON EPPS (a man of the  )
people) and TANYA GRIFFIN,  )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )       3:15cv25-MHT
                            )           (WO)
RUSSELL COUNTY DEPARTMENT   )
OF HUMAN RESOURCES, et      )
al.,                        )
                            )
    Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 66) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 65) is adopted.

(3) Defendants' motions to dismiss (doc. nos. 45, 46, 48 & 49) are granted.

(4) Plaintiffs' motion for default judgment (doc. no. 58) is denied.

(5) Plaintiffs' motion for declaratory judgment (doc. no. 43) is denied.

(6) This lawsuit is dismissed without prejudice for lack of subject-matter jurisdiction.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of January, 2016.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**